# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD FIELD, | ) |
| Petitioner, | ) |
|  | ) Civil Action No. |
| v. | ) 15-10219-FDS |
| RAYMOND MARCHELLI, | ) |
| Respondent. | ) |

## ORDER CONCERNING APPOINTMENT OF COUNSEL

**SAYLOR, J.**

On October 6, 2015, the Court denied petitioner's motion to appoint counsel without prejudice. On October 19, 2015, the respondent answered the petition. Upon review of the answer, it appears that additional briefing on petitioner's claim is necessary, and that the appointment of counsel for petitioner is in the "interests of justice" given the potential factual and legal complexity of the claim. 18 U.S.C. § 3006A(a)(2); *Jackson v. Coalter*, 337 F.3d 74, 77 n.2 (1st Cir. 2003).

Accordingly, after reconsideration, petitioner's motion to appoint counsel is GRANTED. The Court will refer the case to a magistrate judge for the appointment of counsel for petitioner.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 4, 2016